Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| BOB MESCH,<br><br>      Plaintiff,<br><br>      v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>      Defendant. | Case No. 2:13-cv-1696-SU<br><br>**DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE** |

I, Robert E. Sabido, hereby declare:

1. I am one of the attorneys representing defendant Cavalry Portfolio Services, LLC ("CPS") in this case.

2. I was recently retained as local counsel for CPS. The current deadline for CPS to file its first appearance is October 28, 2013. I have not had an opportunity to review the file, and to consider an appropriate first appearance.

3. Accordingly, CPS requests that the court extend the deadline the file its first appearance up to and including November 18, 2013.

4. Plaintiff's attorney, Joshua Trigsted, does not object to the requested extension.

5. This motion in good faith and not for any improper purpose.

Page 1 -  **DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE**

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

1888820

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: October 25, 2013

/s/ Robert E. Sabido
Robert E. Sabido

Page 2 - **DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE**

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

1888820

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST APPEARANCE** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Joshua Trigsted  
Trigsted Law Group, P.C.  
5200 SW Meadows Road, Suite 150  
Lake Oswego, OR 97035  
    Attorneys for Plaintiff

DATED: October 25, 2013

/s/ Robert E. Sabido  
Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1888820