Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| BOB MESCH,<br><br>    Plaintiff,<br><br>    v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>    Defendant. | Case No. 2:13-cv-1696-SU<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

DATED: February 18, 2014

| | |
|---|---|
| TRIGSTED LAW GROUP, P.C. | COSGRAVE VERGEER KESTER LLP |
| /s/ Joshua Trigsted<br>Joshua Trigsted, OSB No. 06531<br>Attorneys for Plaintiff | /s/ Robert E. Sabido<br>Robert E. Sabido, OSB No. 964168<br>Attorneys for Defendant |

/ / /

/ / /

/ / /

/ / /

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL**

1942783

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

DATED: February 20th, 2014

/s/ Patricia Sullivan

Patricia Sullivan
United States Magistrate Judge

Page 2 -  **STIPULATED JUDGMENT OF DISMISSAL**

1942783

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
    Attorneys for Plaintiff

DATED: February 18, 2014

          /s/ Robert E. Sabido
          Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

1942783

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019